# Third District Court of Appeal

## State of Florida

Opinion filed January 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1312
Lower Tribunal No. 20-5237

_____

**Carlos A. Lopez,**
Appellant,

vs.

**Carey M. Lopez, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez , Judge.

Carlos A. Lopez, in proper person.

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP, and Gustavo D. Lage and Augusto R. Lopez, for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Upon review of the initial brief, and finding no preliminary basis for reversal, we summarily affirm the order under review. Fla. R. App. P. 9.315(a).